UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LISA M. BARROW,

                        Plaintiff,

                                                                ORDER
v.                                                              03-CV-621A

FORD MOTOR COMPANY,

                        Defendant.

---

        The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B).  On May 11, 2007 Magistrate Judge Foschio filed a Report and Recommendation, recommending that defendant's motion for summary judgment be granted and defendant's motion to dismiss as a sanction for failure to comply with discovery be dismissed as moot.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, defendant's motion for summary judgment is granted and defendant's motion to dismiss as a sanction for failure to comply with discovery is dismissed as moot.  The Clerk of Court is directed to take all steps necessary to close the case.

SO ORDERED.

s/ *Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: June 4, 2007